| | |
|---|---|
| <u>DEFENDANT:</u> | FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-5566," |
| <u>AGE/YOB</u>: | Unknown |
| <u>COMPLAINT FILED?</u> | _____ Yes     \_\_\_X\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>    \_\_ Yes    \_\_ No

| | |
|---|---|
| OFFENSE(S): | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 2:**  Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Count 3:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Denver, Colorado |
| <u>PENALTY:</u> | **Count 1**<br>NLT 5 years,<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment<br><br>**Count 2**<br>NMT 4 years in prison<br>NMT 1-year of supervised release<br>NMT $250,000.00 fine<br>$100 Special Assessment |

**Count 3**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

| | |
|---|---|
| AGENT: | Michael Gutke
Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Stephanie Podolak
Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less; __X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.