DEFENDANT:        CARMEN VISENTA-HERNANDEZ

AGE/YOB:          1974

COMPLAINT         _____ Yes      ___X___ No
FILED?

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __ Yes   __ No

OFFENSE(S):       **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Count 13, 30:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Counts 11 and 29:**  18 U.S.C. § 1952(a)(3)(A); Travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity

**Counts 12:**  Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

LOCATION OF       Denver County; Denver, Colorado
OFFENSE:

PENALTY:          **Count 1**
                  NLT 10 years,
                  NMT life imprisonment
                  At least 5 years Supervised Release
                  $10,000,000 fine
                  $100 Special Assessment

                  **Count 13, 20**
                  NLT 10 years,
                  NMT life imprisonment
                  At least 5 years Supervised Release
                  $10,000,000 fine
                  $100 Special Assessment

**Counts 11 and 29**
NMT 5 years in prison
At least 3 years of supervised release
$250,000.00 fine
$100 Special Assessment

**Count 12**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

AGENT:                    Michael Gutke
                          Special Agent, Drug Enforcement Administration

AUTHORIZED                Stephanie Podolak
BY:                       Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.