DEFENDANT:        JESUS EDUARDO FIERRO-LUCERO

AGE/YOB:          1992

COMPLAINT         _____ Yes    ___X___ No
FILED?
                  If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __ Yes    __ No

OFFENSE(S):       **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                  (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846;Conspiracy to
                  distribute and possess with the intent to distribute various amounts
                  of a mixture and substance containing a detectable amount of
                  cocaine, a Schedule II Controlled Substance

                  **Count 33:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
                  § 2; Distribution and Possession with the Intent to Distribute 500
                  grams and more of a mixture and substance containing a detectable
                  amount of cocaine, a Schedule II Controlled Substance and Aiding
                  and Abetting the Same

                  **Count 34:** 18 U.S.C. § 1952(a)(3)(A); Travel in interstate
                  commerce with the intent to promote, manage, establish, carry on,
                  and facilitate the promotion, management, establishment, and
                  carrying on, of an unlawful activity

LOCATION OF       Denver County; Denver, Colorado
OFFENSE:

PENALTY:          **Count 1**
                  NLT 5 years,
                  NMT 40 years imprisonment
                  At least 4 years Supervised Release
                  $5,000,000 fine
                  $100 Special Assessment

                  **Count 33**
                  NLT 5 years
                  NMT 40 years imprisonment
                  At least 4 years Supervised Release
                  $5,000,000 fine
                  $100 Special Assessment

**<u>Count 34</u>**
NMT 5 years in prison
At least 3 years of supervised release
$250,000.00 fine
$100 Special Assessment

<u>AGENT:</u>            Michael Gutke
                     Special Agent, Drug Enforcement Administration

<u>AUTHORIZED</u>     Stephanie Podolak
<u>BY:</u>               Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less; __X_ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.